FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal Case No. 08CR2929-DMS |
|                                  ) | |
|     Plaintiff,    ) | I N F O R M A T I O N |
|                                  ) | |
|     v.            ) | Title 21, U.S.C., Secs. 952 and |
|                                  ) | 960 - Importation of Marijuana |
| IRENE FELIX-VAZQUEZ,             ) | (Felony) |
|                                  ) | |
|     Defendant.    ) | |

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant IRENE FELIX-VAZQUEZ, did knowingly and intentionally import approximately 47.0 kilograms (103.40 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:Imperial
8/27/08